

**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE E. MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
JUDGES

# COURT OF CRIMINAL APPEALS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

April 6, 2016

District Clerk Bexar County
Donna Kay McKinney
101 West Nueva Suite 217
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

District Attorney Bexar County
300 Dolorosa St No 5072
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Jay Brandon
Assistant District Attorney
101 W. Nueva
3rd Floor
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

4th Court Of Appeals Clerk
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, THIRD FLOOR
San Antonio, TX 78205-3037
* DELIVERED VIA E-MAIL *

David L. McLane
1924 N. Main Street
San Antonio, TX 78212
* DELIVERED VIA E-MAIL *

Presiding Judge 226th District Court
300 Dolorosa St, #2081
San Antonio, TX 78205-3028

**Re:** WOOD, CARLTON
**CCA No.** PD-0061-15
**Trial Court Case No.** 2013CR3690

**COA No.** 04-14-00224-CR

The court has issued an opinion on the above referenced cause number.

Sincerely,

Abel Acosta, Clerk